

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Marcus L. Nash, Appellant

No. 06-16-00003-CV      v.

Aggregate Industries-WCR, Inc. d/b/a
Lattimore Materials Corporation, Appellee

Appeal from the 192nd District Court of
Dallas County, Texas (Tr. Ct. No. DC-14-
13243). Opinion delivered by Chief Justice
Morriss, Justice Moseley and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Marcus L. Nash, pay all costs of this appeal.

RENDERED JULY 13, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk